# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINE A. GAMBLE,         :
        Plaintiff             :      Action No. 3:16-CV-1443
                                  :
        v.                    :      (Judge Nealon)
                                  :
NANCY A. BERRYHILL,          :      (Magistrate Judge Saporito, Jr.)
Acting Commissioner of Social Security,  :
        Defendant       :

## ORDER

**AND NOW, THIS 29TH DAY OF SEPTEMBER, 2017**, in accordance

with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.     The Magistrate Judge's Report and Recommendation, (Doc. 10), is **ADOPTED** in its entirety;

2.     Plaintiff's objections, (Doc. 11), are **OVERRULED**;

3.     Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

4.     The Commissioner's decision denying Plaintiff, Christine A. Gamble, disability insurance benefits is **AFFIRMED**;

5.     Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

6.     The Clerk of Court is directed to **CLOSE** this case.

                                  **/s/ William J. Nealon**
                                  **United States District Judge**